**Order entered April 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01639-CR

### BERNARD WINFIELD SHORTT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-00193-M**

## ORDER

The Court **REINSTATES** the appeal.

On March 4, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On April 28, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the March 4, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/       DAVID EVANS
          JUSTICE